[No. 67335-1-I.   Division One.   November 5, 2012.]

BELLEVUE SQUARE, LLC, *Appellant*, v. WELLS FARGO BANK, NA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-12868-9, Julie A. Spector, J., entered May 31, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Ellington, J. Pro Tem., concurred in by Leach, C.J., and Grosse, J.

[No. 67342-4-I.   Division One.   November 5, 2012.]

CHARLES ROBERT GARNER, *Appellant*, v. HOFFMAN CONSTRUCTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-03501-8, Monica J. Benton, J., entered June 10, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Lau, J.

[No. 67521-4-I.   Division One.   November 5, 2012.]

KHAMSING (KAM) SITTHIDETH, *Appellant*, v. CEDAR RIVER WATER AND SEWER DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-13092-6, Beth M. Andrus, J., entered July 22, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.

[Nos. 67801-9-I; 67802-7-I;   Division One.   November 5, 2012.]
67803-5-I.

*In the Matter of the Dependency of* A.W. ET AL.

SHAWLEE GEIGER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 11-7-01687-9, Palmer Robinson, J., entered September 23, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ.